*E-Filed 6/13/11*

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614) mburns@seyfarth.com
Joseph J. Orzano (SBN 262040) jorzano@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
BIG O TIRES, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOMA TIRES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIG O TIRES, LLC, a Colorado Limited Liability Company,<br><br>Defendant. | Case No. C 11-0818 RS<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>[L.R. 16-2(d)] |

Pursuant to Local Rule 16-2(d), Defendant BIG O TIRES, LLC ("Big O") and Plaintiff SONOMA TIRES, INC., respectfully submit this stipulated request to continue the initial case management conference approximately thirty (30) days from June 23, 2011 to July 21, 2011 or the first available Thursday thereafter with the exception of July 28, when lead counsel for Big O is unavailable. The parties further request that the deadline to file the parties' joint case management conference statement be continued accordingly to seven (7) days before the continued CMC date.

The requested continuance is necessary and appropriate because lead counsel for defendant Big O Tires, LLC ("Big O") has been unexpectedly out of the office due to a knee injury suffered on June 3rd, 2011. Counsel is undergoing surgery and expects to be out of the office for at least another seven (7) to ten (10) days. The additional time is necessary so that counsel can prepare for the initial case management conference.

The parties have met and conferred and Plaintiff Sonoma Tires, Inc. does not oppose the continuance.

**SEYFARTH SHAW LLP**

Dated: June 13, 2011

/s/ Joseph J. Orzano
Joseph J. Orzano
Attorneys for Defendant
BIG O TIRES, LLC

**LAGARIAS & BOULTER, LLP**

Dated: June 13, 2011

/s/ Peter C. Lagarias

Peter C. Lagarias
Attorneys for Plaintiff
SONOMA TIRES, INC.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

The initial case management conference shall be continued to 7/21, 2011. The parties' joint case management statement shall be filed and served seven (7) days before the initial case management conference.

Dated: 6/13/11

The Honorable Richard Seeborg