|   |   |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Michael J. Burns (SBN 172614) |
| 2 | E-mail: mburns@seyfarth.com |
|   | Joseph J. Orzano (SBN 262040) |
| 3 | E-mail: jorzano@seyfarth.com |
|   | 560 Mission Street, Suite 3100 |
| 4 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 5 | Facsimile: (415) 397-8549 |

Attorneys for Defendant
BIG O TIRES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONOMA TIRES, INC., a California Corporation, | ) Case No. C 11-0818 RS |
|---|---|
| Plaintiff, | ) **STIPULATION FOR LEAVE TO FILE** |
|   | ) **ANSWER TO FIRST AMENDED** |
| v. | ) **COMPLAINT WITH** |
|   | ) **COUNTERCLAIMS AND [**P̶R̶O̶P̶O̶S̶E̶D̶**]** |
| BIG O TIRES, LLC, a Colorado Limited Liability Company, | ) **ORDER** |
|   | ) **[L.R. 7-12]** |
| Defendant. | ) |

Defendant Big O Tires, LLC ("Big O") and Plaintiff Sonoma Tires, Inc. ("Sonoma Tires") (collectively, "Parties"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court issue its Order as follows:

1. Sonoma Tires filed its Complaint on February 22, 2011;

2. Sonoma Tires filed its First Amended Complaint on March 15, 2011;

3. Big O answered the Complaint on April 8, 2011. Big O now seeks to file an answer to Sonoma Tires' First Amended Complaint with counterclaims against Sonoma Tires and its principal and guarantor, John G. Rhiel, IV ("Rhiel");

4. The Parties have met and conferred and, while Sonoma Tires disputes the contents of the proposed answer and counterclaims and will deny the counterclaims, the parties agree to avoid a motion for leave to file that Big O may

1

file and serve its Answer to Plaintiff's First Amended Complaint With Counterclaims in this action in substantially similar form to **Exhibit A** hereto;

5. The parties further agree that Sonoma Tires and Rhiel shall have thirty (30) days from the date of service of Big O's Answer to Plaintiff's First Amended Complaint With Counterclaims to respond thereto.

**IT IS SO STIPULATED.**

**SEYFARTH SHAW LLP**

Dated: August 5, 2011   By /s/ Joseph J. Orzano
  Joseph J. Orzano
  Attorneys for Defendant
  BIG O TIRES, LLC

**LAGARIAS & BOULTER, LLP**

Dated: August 5, 2011   By /s/ Peter C. Lagarias
  Peter C. Lagarias
  Attorneys for Plaintiff
  SONOMA TIRES, INC.

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

1. Defendant Big O Tires, LLC, is hereby granted leave to file its Answer to Plaintiff's First Amended Complaint With Counterclaims without further motion, hearing, or other proceedings; and

2. Sonoma Tires, Inc. and John G. Rhiel, IV shall have thirty (30) days from the date of service of Big O's Answer to Plaintiff's First Amended Complaint With Counterclaims to respond thereto.

Dated: 8/5/11

The Honorable Richard Seeborg

2

Stipulation for Leave to File Answer to First Amended Complaint with Counterclaims and [~~Proposed~~] Order;
Case No. C11-0818RS

13641810v.1