SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
E-mail: mburns@seyfarth.com
Michael T. McKeeman (SBN 173662)
E-mail: mmckeeman@seyfarth.com
Joseph J. Orzano (SBN 262040)
E-mail: jorzano@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Big O Tires, LLC

LAGARIAS & BOULTER LLP
Peter C. Lagarias (SBN 77091)
E-mail: pcl@lb-attorneys.com
Robert S. Boulter (SBN 153549)
E-mail: rsb@lb-attorneys.com
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Sonoma Tires, Inc. and
John G. Rhiel, IV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOMA TIRES, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BIG O TIRES, LLC, a Colorado Limited Liability Company,<br><br>    Defendant. | Case No. C 11-0818 RS<br><br>**STIPULATION REGARDING LITIGATION DEADLINES AND [PROPOSED] ORDER**<br><br>[L.R. 7-12] |

    Big O Tires, LLC ("Big O"), on the one hand, and Sonoma Tires, Inc. ("Sonoma") and John G. Rhiel, IV ("Rhiel"), on the other hand, (collectively, "Parties") by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court issue an Order as follows:

1

1  WHEREAS, the current non-expert discovery cut-off is June 1, 2012;

2  WHEREAS, the parties desire to conduct depositions prior to the non-expert discovery cut-off;

3  WHEREAS, the parties have met and conferred as to the scheduling of depositions and counsel for Sonoma Tires and Rhiel has represented that he is scheduled to commence a jury trial on May 29, 2012, is preparing for trial, and expects the jury trial to require thirty days;

4  WHEREAS, the parties have met and conferred with respect to written discovery in this matter and Big O intends to produce additional documents to Sonoma and Rhiel;

5  WHEREAS, the current scheduling order allows for significant time between the non-expert discovery cut-off and trial and the parties desire to use some of that time to allow for the further production of documents and to allow for the most productive conduct of depositions in an attempt to narrow the dispute, without extending the trial date;

IT IS THEREFORE STIPULATED AND JOINTLY REQUESTED that:

1. The Court order the time to complete party depositions without document requests and non-expert non-party depositions with or without document requests, be extended from June 1, 2012 to July 16, 2012;

2. The Court order that the deadline to have heard all pretrial motions, including but not limited to any motion for summary judgment, be extended from September 13, 2012 to and including September 27, 2012; and

3. All other deadlines remain as set forth the Court's scheduling order.

**IT IS SO STIPULATED.**

SEYFARTH SHAW LLP

Dated: May 11, 2012  By /s/ Joseph J. Orzano
    Joseph J. Orzano
    Attorneys for Big O Tires, LLC

LAGARIAS & BOULTER, LLP

Dated: May 11, 2012  By /s/ Peter C. Lagarias
    Peter C. Lagarias
    Attorneys for Sonoma Tires, Inc. and
    John G. Rhiel, IV

# [~~PROPOSED~~] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED,

1. The parties shall have up to and including July 16, 2012 to complete party depositions without document requests and non-expert non-party depositions with or without document requests.

2. All pretrial motions shall be heard no later than September 27, 2012.

3. All other deadlines remain as set forth in the Court's scheduling order.

Dated: 5/14/12

_____
The Honorable Richard Seeborg

14459269v.1