SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
E-mail: mburns@seyfarth.com
Michael T. McKeeman (SBN 173662)
E-mail:  mmckeeman@seyfarth.com
Joseph J. Orzano (SBN 262040)
E-mail: jorzano@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Big O Tires, LLC

LAGARIAS & BOULTER LLP
Peter C. Lagarias (SBN 77091)
E-mail: pcl@lb-attorneys.com
Robert S. Boulter (SBN 153549)
E-mail: rsb@lb-attorneys.com
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Sonoma Tires, Inc. and
John G. Rhiel, IV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOMA TIRES, INC., a California Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>BIG O TIRES, LLC, a Colorado Limited Liability Company,<br><br>             Defendant. | Case No. C 11-0818 RS<br><br>**STIPULATION REGARDING LITIGATION DEADLINES AND [PROPOSED] ORDER**<br><br>**[L.R. 7-12]** |

Big O Tires, LLC ("Big O"), on the one hand, and Sonoma Tires, Inc. ("Sonoma") and John G. Rhiel, IV ("Rhiel"), on the other hand, (collectively, "Parties") by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court issue an Order as follows:

1

WHEREAS, the parties current deadline to complete non-expert depositions is July 16, 2012;

WHEREAS, the parties have completed some but not all non-expert depositions in this matter;

WHEREAS, the parties have met and conferred and, due to scheduling issues, desire to complete all discovery, including depositions, by on or before August 3, 2012;

WHEREAS, the current scheduling order, as modified by the Court's May 4, 2012 Order, provides adequate time to allow for the requested modification without extending the trial date;

**IT IS THEREFORE STIPULATED AND JOINTLY REQUESTED** that:

1. The Court order that the parties shall have up to and including August 3, 2012 to complete non-expert discovery, including non-expert depositions;
2. The Court order that the parties shall have up to and including October 11, 2012 to have heard all pretrial motions, including but not limited to any motion for summary judgment and/or summary adjudication; and
3. All other deadlines remain as set forth the Court's scheduling order.

**IT IS SO STIPULATED.**

SEYFARTH SHAW LLP

Dated: July 13, 2012          By /s/ Joseph J. Orzano
                                  Joseph J. Orzano
                                  Attorneys for Big O Tires, LLC

LAGARIAS & BOULTER, LLP

Dated: July 13, 2012          By /s/ Peter C. Lagarias
                                  Peter C. Lagarias
                                  Attorneys for Sonoma Tires, Inc. and
                                  John G. Rhiel, IV

///

///

///

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

1. The parties shall have up to and including August 3, 2012 to complete non-expert discovery, including non-expert depositions;

2. All pretrial motions shall be heard no later than October 11, 2012; and

3. All other deadlines remain as set forth in the Court's scheduling order.

Dated: __7/13/12_____    _____
                              The Honorable Richard Seeborg

14665475v.1