1 | SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
2 | E-mail: mburns@seyfarth.com
Michael T. McKeeman (SBN 173662)
3 | E-mail: mmckeeman@seyfarth.com
Joseph J. Orzano (SBN 262040)
4 | E-mail: jorzano@seyfarth.com
560 Mission Street, Suite 3100
5 | San Francisco, California 94105
Telephone: (415) 397-2823
6 | Facsimile: (415) 397-8549

7 | Attorneys for Big O Tires, LLC

8 | LAGARIAS & BOULTER LLP
Peter C. Lagarias (SBN 77091)
9 | E-mail: pcl@lb-attorneys.com
Robert S. Boulter (SBN 153549)
10 | E-mail: rsb@lb-attorneys.com
1629 Fifth Avenue
11 | San Rafael, California 94901-1828
Telephone: (415) 460-0100
12 | Facsimile: (415) 460-1099

Attorneys for Sonoma Tires, Inc. and
13 | John G. Rhiel, IV

*FILED*

*SEP 2 0 2012*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN FRANCISCO DIVISION

17

18 | SONOMA TIRES, INC., a California  ) Case No. C 11-0818 RS
Corporation, )
18 | )
) **STIPULATION REGARDING**
19 | Plaintiff, ) **HEARING DATE AND BRIEFING**
) **SCHEDULE FOR PENDING MOTIONS**
20 | v. ) **AND [PROPOSED] ORDER**
)
21 | BIG O TIRES, LLC, a Colorado Limited ) **[L.R. 7-12]**
Liability Company, )
22 | ) **Date:  October 11, 2012**
Defendant. ) **Time:  1:30 p.m.**
23 | ) **Place:  Courtroom 3**
)
24 | )
)
25 | )

26

27

28

1

Stipulation Regarding Hearing Date and Briefing Schedule for Pending Motions and [Proposed]
Order; Case No. C11-0818RS

1      Big O Tires, LLC ("Big O"), on the one hand, and Sonoma Tires, Inc. ("Sonoma") and

2      John G. Rhiel, IV ("Rhiel"), on the other hand, (collectively, "Parties") by and through their

3      respective undersigned counsel, hereby stipulate and jointly request that the Court issue an Order

4      as follows:

5            WHEREAS, Big O has filed a Motion for Summary Judgment currently set for hearing

6      on October 11, 2012.

7            WHEREAS, Sonoma has filed a Motion for Partial Summary Judgment currently set for

8      hearing on October 11, 2012.

9            WHEREAS, after filing the above motions, the parties participated in a private mediation

10     on September 14, 2012. At the mediation, a complex settlement proposal was discussed.

11           WHEREAS, Big O requires a reasonable time to evaluate the potential settlement.

12           WHEREAS, the parties do not wish to incur unnecessary litigation costs while Big O

13     evaluates the potential settlement, nor do the parties wish to burden the Court with potentially

14     unnecessary motion practice.

15           WHEREAS, the parties desire and jointly request that the October 11, 2012 hearing on

16     Sonoma's Partial Motion for Summary Judgment and Big O's Motion for Summary Judgment be

17     continued two weeks to October 25, 2012, the deadline for the parties to file and serve

18     Oppositions to the pending motions be continued from September 20, 2012 to October 2, 2012,

19     and the deadline to file and serve a Reply to the respective Oppositions be continued from

20     September 27, 2012 to October 11, 2012.

21           **IT IS THEREFORE STIPULATED AND JOINTLY REQUESTED** that:

22        1.     The Court order that the October 11, 2012 hearing on Sonoma's Motion for

23               Partial Summary Judgment and Big O's Motion for Summary Judgment be

24               continued two weeks to October 25, 2012.

25        2.     The Court order that the deadline for the parties to file and serve Oppositions to

26               the pending motions be continued from September 20, 2012 to October 2, 2012.

27     ///

28     ///

Stipulation Regarding Hearing Date and Briefing Schedule for Pending Motions and [Proposed]
Order; Case No. C11-0818RS

3.   The Court order that the deadline for the parties to file and serve a Reply to the

respective Oppositions be continued from September 27, 2012 to October 11,

2012.

4.   All other deadlines remain as set forth the Court's scheduling order.

**IT IS SO STIPULATED.**

SEYFARTH SHAW LLP

Dated: September 19, 2012            By /s/ Joseph J. Orzano
                                      Joseph J. Orzano
                                      Attorneys for Big O Tires, LLC

LAGARIAS & BOULTER, LLP

Dated: September 19, 2012            By /s/ Peter C. Lagarias
                                      Peter C. Lagarias
                                      Attorneys for Sonoma Tires, Inc. and
                                      John G. Rhiel, IV

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

1.   The October 11, 2012 hearing on Sonoma's Motion for Partial Summary

Judgment and Big O's Motion for Summary Judgment is continued two weeks to

October 25, 2012.

2.   The deadline for the parties to file and serve Oppositions to the pending motions

is continued from September 20, 2012 to October 2, 2012.

3.   The deadline for the parties to file and serve a Reply to the respective Oppositions

is continued from September 27, 2012 to October 11, 2012.

4.   All other deadlines remain as set forth the Court's scheduling order.

Dated: _9/20/2012_____

_____
The Honorable Richard Seeborg

14850447v.2

3

Stipulation Regarding Hearing Date and Briefing Schedule for Pending Motions and [Proposed]
Order; Case No. C11-0818RS