1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614)
2  E-mail: mburns@seyfarth.com
   Michael T. McKeeman (SBN 173662)
3  E-mail: mmckeeman@seyfarth.com
   Joseph J. Orzano (SBN 262040)
4  E-mail: jorzano@seyfarth.com
   560 Mission Street, Suite 3100
5  San Francisco, California 94105
   Telephone: (415) 397-2823
6  Facsimile: (415) 397-8549

7  Attorneys for Big O Tires, LLC

8  LAGARIAS & BOULTER LLP
   Peter C. Lagarias (SBN 77091)
9  E-mail: pcl@lb-attorneys.com
   Robert S. Boulter (SBN 153549)
   E-mail: rsb@lb-attorneys.com
10 1629 Fifth Avenue
   San Rafael, California 94901-1828
11 Telephone: (415) 460-0100
   Facsimile: (415) 460-1099
12
   Attorneys for Sonoma Tires, Inc. and
13 John G. Rhiel, IV

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18 SONOMA TIRES, INC., a California       )   Case No. C 11-0818 RS
   Corporation,                           )
19                                        )   **STIPULATION REGARDING
                   Plaintiff,             )   HEARING DATE AND BRIEFING
20                                        )   SCHEDULE FOR PENDING MOTIONS
        v.                                )   AND [PROPOSED] ORDER**
21                                        )
   BIG O TIRES, LLC, a Colorado Limited   )   [L.R. 7-12]
22 Liability Company,                     )
                                          )   **Date: October 11, 2012**
23                 Defendant.             )   **Time: 1:30 p.m.**
                                          )   **Place: Courtroom 3**
24                                        )
                                          )
25 _____)

26

27

28
                                         1
   Stipulation Regarding Hearing Date and Briefing Schedule for Pending Motions and [Proposed]
                              Order; Case No. C11-0818RS

1   Big O Tires, LLC ("Big O"), on the one hand, and Sonoma Tires, Inc. ("Sonoma") and

2   John G. Rhiel, IV ("Rhiel"), on the other hand, (collectively, "Parties") by and through their

3   respective undersigned counsel, hereby stipulate and jointly request that the Court issue an Order

4   as follows:

5   WHEREAS, Big O has filed a Motion for Summary Judgment currently set for hearing

6   on October 11, 2012.

7   WHEREAS, Sonoma has filed a Motion for Partial Summary Judgment currently set for

8   hearing on October 11, 2012.

9   WHEREAS, after filing the above motions, the parties participated in a private mediation

10  on September 14, 2012.  At the mediation, a complex settlement proposal was discussed.

11  WHEREAS, Big O requires a reasonable time to evaluate the potential settlement.

12  WHEREAS, the parties do not wish to incur unnecessary litigation costs while Big O

13  evaluates the potential settlement, nor do the parties wish to burden the Court with potentially

14  unnecessary motion practice.

15  WHEREAS, the parties desire and jointly request that the October 11, 2012 hearing on

16  Sonoma's Partial Motion for Summary Judgment and Big O's Motion for Summary Judgment be

17  continued two weeks to October 25, 2012, the deadline for the parties to file and serve

18  Oppositions to the pending motions be continued from September 20, 2012 to October 2, 2012,

19  and the deadline to file and serve a Reply to the respective Oppositions be continued from

20  September 27, 2012 to October 11, 2012.

21  **IT IS THEREFORE STIPULATED AND JOINTLY REQUESTED** that:

22      1.    The Court order that the October 11, 2012 hearing on Sonoma's Motion for

23            Partial Summary Judgment and Big O's Motion for Summary Judgment be

24            continued two weeks to October 25, 2012.

25      2.    The Court order that the deadline for the parties to file and serve Oppositions to

26            the pending motions be continued from September 20, 2012 to October 2, 2012.

27  ///

28  ///

2

Stipulation Regarding Hearing Date and Briefing Schedule for Pending Motions and [Proposed]
Order; Case No. C11-0818RS

3.      The Court order that the deadline for the parties to file and serve a Reply to the

respective Oppositions be continued from September 27, 2012 to October 11,

2012.

4.      All other deadlines remain as set forth the Court's scheduling order.

**IT IS SO STIPULATED.**


SEYFARTH SHAW LLP

Dated: September 19, 2012                    By /s/ Joseph J. Orzano
                                                      Joseph J. Orzano
                                                      Attorneys for Big O Tires, LLC

LAGARIAS & BOULTER, LLP

Dated: September 19, 2012                    By /s/ Peter C. Lagarias
                                                      Peter C. Lagarias
                                                      Attorneys for Sonoma Tires, Inc. and
                                                      John G. Rhiel, IV


**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

1.      The October 11, 2012 hearing on Sonoma's Motion for Partial Summary

Judgment and Big O's Motion for Summary Judgment is continued two weeks to

October 25, 2012.

2.      The deadline for the parties to file and serve Oppositions to the pending motions

is continued from September 20, 2012 to October 2, 2012.

3.      The deadline for the parties to file and serve a Reply to the respective Oppositions

is continued from September 27, 2012 to October 11, 2012.

4.      All other deadlines remain as set forth the Court's scheduling order.


Dated: _9/20/2012_____

The Honorable Richard Seeborg

14850447v.2

3

Stipulation Regarding Hearing Date and Briefing Schedule for Pending Motions and [Proposed]
Order; Case No. C11-0818RS