1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614)
2  E-mail: mburns@seyfarth.com
   Michael T. McKeeman (SBN 173662)
3  E-mail: mmckeeman@seyfarth.com
   Joseph J. Orzano (SBN 262040)
4  E-mail: jorzano@seyfarth.com
   560 Mission Street, Suite 3100
5  San Francisco, California 94105
   Telephone: (415) 397-2823
6  Facsimile: (415) 397-8549

7  Attorneys for Big O Tires, LLC

8  LAGARIAS & BOULTER LLP
   Peter C. Lagarias (SBN 77091)
9  E-mail: pcl@lb-attorneys.com
   Robert S. Boulter (SBN 153549)
10 E-mail: rsb@lb-attorneys.com
   1629 Fifth Avenue
11 San Rafael, California 94901-1828
   Telephone: (415) 460-0100
12 Facsimile: (415) 460-1099

13 Attorneys for Sonoma Tires, Inc. and
   John G. Rhiel, IV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOMA TIRES, INC., a California Corporation, | Case No. C 11-0818 RS |
| Plaintiff, | **NOTICE OF BANKRUPTCY FILING OF COUNTER-DEFENDANT JOHN G. RHIEL, IV AND STIPULATION REGARDING LITIGATION DEADLINES AND [PROPOSED] ORDER** |
| v. | |
| BIG O TIRES, LLC, a Colorado Limited Liability Company, | |
| Defendant. | [L.R. 7-12] |
| BIG O TIRES, LLC, a Nevada Limited Liability Company, | |
| Counter-claimant, | |
| v. | |
| SONOMA TIRES, INC, a California Corporation, and JOHN G. RHIEL, IV, an individual, | |
| Counter-defendants. | |

1
Stipulation Regarding Litigation Deadlines and [Proposed] Order; Case No. C11-0818RS

1  Big O Tires, LLC ("Big O"), on the one hand, and Sonoma Tires, Inc. ("Sonoma"), on
2  the other hand, by and through their respective undersigned counsel, hereby stipulate and jointly
3  request that the Court issue an Order as follows:
4  WHEREAS, on December 31, 2013, counter-defendant John G. Rhiel, IV ("Rhiel") filed
5  a voluntary Chapter 7 bankruptcy petition in the U.S. Bankruptcy Court for the Northern District
6  of California, Case No. 13-46855.
7  WHEREAS, Rhiel's Chapter 7 Schedules are not due to be filed in the Bankruptcy Court
8  until January 27, 2014 and the meeting of creditors is not until January 31, 2014.
9  WHEREAS, the current expert discovery cut-off is January 31, 2014 (meaning Big O
10 would otherwise have to depose Sonoma's expert by January 31, 2014) and pretrial motion
11 hearing cut-off is March 13, 2014 (meaning the deadline to file a pretrial motion is February 6,
12 2014).
13 WHEREAS, Big O and Sonoma met and conferred and jointly desire to continue the
14 current litigation deadlines that will otherwise occur prior to the February 13, 2014 Case
15 Management Conference to allow them time to further confer on the impact of Rhiel's
16 bankruptcy filing on this action without incurring potentially unnecessary costs and expenses.
17 **IT IS THEREFORE STIPULATED AND JOINTLY REQUESTED** that:
18 1. The Court order that all currently pending deadlines that will otherwise arise
19 before the February 13, 2014 Case Management Conference be continued
20 pending further discussion regarding case scheduling at the upcoming Case
21 Management Conference, should such a conference be necessary.
22 **IT IS SO STIPULATED.**

Dated: January 28, 2014                SEYFARTH SHAW LLP

                                       By  /s/  Joseph J. Orzano
                                           Joseph J. Orzano
                                           Attorneys for Big O Tires, LLC

Dated: January 28, 2014                         LAGARIAS & BOULTER, LLP

By  /s/ Peter C. Lagarias
    Peter C. Lagarias
    Attorneys for Sonoma Tires, Inc. and
    John G. Rhiel, IV

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

1. All currently pending deadlines that will otherwise arise before the February 13, 2014 Case Management Conference are hereby continued pending further discussion regarding case scheduling at the upcoming Case Management Conference, as necessary.

2. The parties need not file a Joint Case Management Conference Statement before the upcoming Case Management Conference, should such a Case Management Conference be necessary.

3. The parties may, however, file independent Case Management Statements in advance of the Case Management Conference setting forth their position on the impact of John Rhiel's bankruptcy filing on this action.

Dated:  1/29/14                        _____
    The Honorable Richard Seeborg

16706596v.1
16777266v.1

3
Stipulation Regarding Litigation Deadlines and [Proposed] Order; Case No. C11-0818RS