1  LAGARIAS LAW OFFICES
   Peter C. Lagarias (SBN 77091)
2  1629 Fifth Avenue
   San Rafael, California 94901-1828
3  Telephone: (415) 460-0100
   Facsimile: (415) 460-1099
4
   Attorneys for SONOMA TIRES, INC. and
5  JOHN G. RHIEL, IV

6  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614)
7  *mburns@seyfarth.com*
   Michael T. McKeeman (SBN 173662)
8  *mmckeeman@seyfarth.com*
   Joseph J. Orzano (SBN 262040)
9  *jorzano@seyfarth.com*
   560 Mission Street, 31st Floor
10 San Francisco, California  94105
   Telephone:  (415) 397-2823
11 Facsimile:  (415) 397-8549

12 Attorneys for BIG O TIRES, LLC

13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SONOMA TIRES, INC., a California Corporation, | ) ) ) | Case No. C 11-0818 RS |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| BIG O TIRES, LLC, a Colorado Limited Liability Company, | ) ) ) | |
| Defendant. | ) ) ) | |
| BIG O TIRES, LLC, a Nevada Limited Liability Company, | ) ) ) | |
| Counter-claimant, | ) ) | |
| v. | ) ) | |
| SONOMA TIRES, INC, a California Corporation, and JOHN G. RHIEL, IV, an individual, | ) ) ) ) | |
| Counter-Defendants. | ) | |

1  The parties hereto, Plaintiff and Counter-Defendant SONOMA TIRES, INC.
2  ("Sonoma"), counter-defendant John G. Rhiel, IV ("Rhiel"), and Defendant and Counter-
3  Claimant BIG O TIRES, LLC ("Big O"), have reached a resolution of their dispute and have
4  agreed that the above-captioned action shall be dismissed in its entirety with prejudice.
5  IT IS HEREBY STIPULATED that the above-captioned action be and hereby is
6  dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).
7  IT IS FURTHER STIPULATED that the parties shall bear their own attorneys' fees and
8  costs.

9  DATED: March 17, 2015                    SEYFARTH SHAW LLP

11                                          By: /s/ *Joseph J. Orzano*
                                            Joseph J. Orzano
                                            Attorneys for
12                                          BIG O TIRES, LLC

14  DATED: March 17, 2015                   LAGARIAS LAW OFFICES

15                                          By /s/ *Peter C. Lagarias*
                                            Peter C. Lagarias
16                                          Attorneys for
                                            SONOMA TIRES, INC. and JOHN G. RHIEL,
17                                          IV

18  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

19  I, Joseph J. Orzano, attest that concurrence in the filing of this document has been
20  obtained from the other signatories.

22  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
23  March 17, 2015 at San Francisco, California.

24  Dated:  March 17, 2015                  SEYFARTH SHAW LLP

26                                          By: /s/ *Joseph J. Orzano*
                                            Joseph J. Orzano
27                                          Attorneys for
                                            BIG O TIRES, LLC
28

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudiced pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 3/17/2015

THE HONORABLE RICHARD SEEBORG
United States District Judge

18504055v.1